IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHICAGO TITLE INSURANCE COMPANY**, as assignee of **WASHINGTON MUTUAL BANK** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) CIVIL ACTION NO. 08-00204-CG-C<br>) |
| **GERALD LLOYD PROSCH,** | )<br>) |
| **Defendant.** | ) |

**ORDER**

This matter is before the court on plaintiff's Accounting of Interest, Fees, and Costs (Doc. 70). On January 26, 2011, the court granted summary judgment in favor of plaintiff in the amount of $84,975.95 plus interest, fees, and costs. (Doc. 69). In the order granting summary judgment, the court also ordered plaintiff to file an accounting of interest and fees and costs it believes it is entitled to and the court ordered defendant to respond to that accounting on or before February 16, 2011, with plaintiff's reply being due by February 23, 2011. (Doc. 69). Plaintiff filed its accounting on February 9, 2011, and to date no response has been filed. Plaintiff's accounting states that it is entitled to pre-judgment interest in the amount of $12,348.29 and costs in the amount of $47.90. After reviewing plaintiff's accounting and in light of there being no opposition filed, the court finds that plaintiff is entitled to final judgment in the amount of $97,372.14[1] consisting of $84,975.95 plus the pre-judgment interest and costs

---

[1] Plaintiff's Accounting actually requests a total judgment in the amount of $97,420.04. However, the court has added the amounts requested and calculated the total amount to be $97,372.14. It appears that

requested by plaintiff. Judgment will be entered by separate order.

**DONE and ORDERED** this 25th day of February, 2011.

/s/  Callie V. S. Grande
UNITED STATES DISTRICT JUDGE

---

plaintiff's counsel added the costs requested of $47.90 twice to come up with their total figure.