# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, as assignee of WASHINGTON MUTUAL BANK | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 08-00204-CG-C ) |
| GERALD LLOYD PROSCH, | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order of January 26, 2011, granting plaintiff's motion for summary judgment, and the courts order entered this date setting interest and costs to be awarded, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **Chicago Title Insuarance Company** and against defendant, **Gerald Lloyd Prosch** in the amount of **$97,372.14.**

**DONE and ORDERED** this 25th day of February, 2011.

/s/ Callie V. S. Grande
UNITED STATES DISTRICT JUDGE